*wine*, 743 S.W.2d 51, 62–63 (Mo. banc 1987), *cert. denied*, 486 U.S. 1017, 108 S.Ct. 1755, 100 L.Ed.2d 217 (1988); *see also State v. Ottwell*, 852 S.W.2d 370, 373 (Mo.App.E.D. 1993). Defendant's second point is denied.

In his final point, defendant claims that the motion court erred in denying his Rule 29.15 motion after an evidentiary hearing. We have reviewed the record with regard to the allegations of error. The judgment of the motion court is based on findings of fact that are not clearly erroneous; and no error of law appears. An opinion would have no precedential value. Defendant's final point is denied. Rule 84.16(b).

The judgments of conviction are affirmed. The denial of defendant's Rule 29.15 motion is also affirmed.

REINHARD and CRIST, JJ., concur.

Frank A. Anzalone, Clayton, for defendant-appellant.

Robert P. McCulloch, Pros. Atty., Caroline M.C. Komyati, Asst. Pros. Atty., St. Louis County, Clayton, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

*PER CURIAM.*

Defendant, Frank Jackson, appeals from his conviction, in a court-tried case, for driving while under suspension. He was sentenced to a fine of $250.00.

We have reviewed the record. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).

STATE of Missouri, Plaintiff–Respondent,

v.

Frank JACKSON, Defendant–Appellant.

No. 63138.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 7, 1993.

STATE of Missouri, Respondent,

v.

John R. JONES, Appellant.

John R. JONES, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 62397, 64146.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 7, 1993.

Neil J. Bruntrager, Mary P. Schroeder, Bruntrager & Billings, P.C., St. Louis, for appellant.